IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRED BRISETTE,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-744-wmc

DEBORAH MCCULLOCH and ERIN LUND,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Fred Brisette's motion for leave to proceed, dismissing plaintiff's federal claims with prejudice for failure to state a claim upon which relief may be granted and dismissing plaintiff's state law claims without prejudice for lack of subject matter jurisdiction.

/s/                                                        12/18/2013

Peter Oppeneer, Clerk of Court                 Date